[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-16061
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 19, 2010
JOHN LEY
CLERK

D. C. Docket No. 09-00004-CR-3-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHNNY LEE OLDS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(November 19, 2010)

Before DUBINA, Chief Judge, MARCUS  and FAY, Circuit Judges.

PER CURIAM:

Clinton A. Couch, appointed counsel for Johnny Lee Olds in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record, including Olds's response to counsel's motion to withdraw, reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Olds's conviction and sentence are **AFFIRMED**.